UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DORIS MORELL,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　Case No. 6:24-cv-1160-CEM-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Unopposed Motion for Entry of Judgment With Remand ("Motion," Doc. 20). The United States Magistrate Judge issued a Report and Recommendation (Doc. 21), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 20) is **GRANTED**.

3. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings, including further considering Morell's past relevant work; offering Morell the opportunity for a hearing; taking further action needed to complete the administrative record; and issuing a new decision.

4. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record