UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DORIS MORELL,**

       **Plaintiff,**

v.                                                   Case No. 6:24-cv-1160-CEM-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 25). The United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 25) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $7,905, which consists of $7,500 in attorney's fees and $405 in costs.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record